FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

07 OCT -9 AM 10: 17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: '07 MJ 2396 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| EASON, Deon ) | Importation of a Controlled Substance |
| Defendant, ) | |

The undersigned complaint being duly sworn states:

On or about October 6, 2007, within the Southern District of California, Deon EASON did intentionally import approximately 79.85 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
~~Robert Sanchez~~ K Martell
Special Agent,
IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF OCTOBER, 2007.

_____
MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Robert Sanchez, declare under penalty of perjury, the following is true and correct:

On October 6, 2007 at approximately 00:30 hours, Deon EASON made entry into the United States via the San Ysidro, CA, Port of Entry as the driver of a 1998 Mitsubishi Montero bearing CAUS/5TBU970. EASON encountered a U.S. Customs Border Protection (CBP) Officer in the primary inspection area. EASON informed the Officer he was going to Temecula, CA and gave two negative Customs declarations. During a cursory inspection of the vehicle the Officer tapped one of the tires and it appeared solid. The Officer escorted the vehicle to the secondary inspection area.

In the Secondary Inspection, Officers discovered packages concealed within all four tires and the spare. One package was probed, which produced a green leafy substance that field tested positive for marijuana. A total of 30 packages were removed from all four tires plus the spare, which had a net weight of 79.85 kilograms.

U.S. Immigration and Customs Enforcement (ICE) Special Agents read EASON his Miranda Rights. EASON stated he understood his Rights but was not willing to answer questions. No interview was conducted.

EASON was arrested and transported to the Metropolitan Correctional Center, San Diego, CA.

Executed on October 6, 2007

Special Agent,
U.S. ICE
Page 1 of 2

U.S. vs EASON

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 10, 2005 in violation of Title 21, United States Code, Section(s) 952 & 960.

10/6/07 - 1:20 pm