1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Deon Eason

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE LEO S. PAPAS)**

11 UNITED STATES OF AMERICA,      )   Case No. 07MJ2396
                                  )
12              Plaintiff,        )
                                  )
13 v.                             )   **CERTIFICATE OF SERVICE**
                                  )
14 DEON EASON,                    )
                                  )
15              Defendant.        )
   _____)
16

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                     U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov
19

20                            Respectfully submitted,

21

22 DATED:    October 15, 2007        /s/ Elizabeth M. Barros
                                     **ELIZABETH M. BARROS**
23                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Deon Eason
24

25

26

27

28