**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No. 057083
1202 Kettner Blvd.., Suite 4200
San Diego, California 92101-3342
Telephone: (619) 239-9456
Fax: (619) 239-9334

FILED
OCT 1 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for Defendant DEON R. EASON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No. 07MJ2396 |
| Plaintiff, ) | SUBSTITUTION OF ATTORNEYS |
| v. ) | |
| DEON R. EASON, ) | |
| Defendant. ) | |

I, DEON R. EASON, hereby substitute Marc B. Geller, A.P.C. as my counsel of record in place of Elizabeth Barros, of Federal Defenders of San Diego, previously appointed by the Court.

Dated: October 15, 2007

_____
DEON R. EASON

I consent to the above substitution of counsel.

Dated: October 15, 2007

_____
FEDERAL DEFENDERS OF SAN DIEGO

I accept the above substitution.

Dated: October 16, 2007

_____
MARC B. GELLER, APC

IT IS SO ORDERED

Dated: 10/18/07

_____
UNITED STATES MAGISTRATE JUDGE