PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. DEON EASON        Docket No. 07MJ2396-001

### Petition for Modification of Conditions of Pretrial Release

Comes now Tammy Riedling Pretrial Services Officer presenting an official report upon the conduct of defendant DEON EASON who was placed under pretrial release supervision by the Honorable Leo S. Papas sitting in the court at San Diego, on the 9th day of October, 2007, under the following conditions:

restrict travel to the Southern and Central Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

1. The defendant's substance abuse history was not available to the Court prior to the setting of bond conditions.

PRAYING THE COURT WILL MODIFY THE DEFENDANT'S CONDITION OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT AS SPECIFIED BY THE ASSIGNED PRETRIAL SERVICES OFFICER.

ORDER OF COURT

Considered and ordered this 31 day of Oct, 20 07 and ordered filed and made a part of the records in the above case.

The Honorable Leo S. Papas
U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 30, 2007

Respectfully,

Tammy Riedling, U.S. Pretrial Services Officer
(619-557-7207)

Place    San Diego, California

Date    October 30, 2007