**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No.057083
1202 Kettner Boulevard, Suite 4200
San Diego, California 92101-3342
Telephone:(619) 239-9456
Fax: (619) 239-9334

Attorney for Defendant, DEON R. EASON

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 07-CR-3089-W |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| DEON R. EASON, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED that:

I, MARC B. GELLER, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 1202 Kettner Blvd., Suite 4200, San Diego, California 92101-3343, I am not a party to the above-entitled action. On February 5, 2008, I caused to be electronically filed via the Document Filing System of the United States District Court for the Southern District of California, a copy of REQUEST FOR DOWNWARD DEPARTURES, for electronic service to the Office of the United States Attorney for the Southern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 5, 2008                                       s/ Marc B. Geller
                                                                    MARC B. GELLER

1