FILED
APR - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07 CR3089-W |
| Plaintiff, | ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEED |
| vs. | |
| DEON R. EASON, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the criminal bond be exonerated and the following real property, located at 31908 Azucena Court, Temecula, CA 92591, be released and reconveyed to ANDREA CRAWFORD, 31908 Azucena Court, Temecula, CA 92591.

**SO ORDERED**

Dated: 4/7/08

HON. THOMAS J. WHELAN
United States District Court Judge

1

07 CR3089-W